# United States Bankruptcy Court
For The
District of Nebraska

**IN RE:**  
VICKI ELIZABETH HAWKINS  
10808 LARIMORE AVENUE  
OMAHA, NE 68164

CASE No. 11-80350-TLS  
SS #1 XXX-XX-3635

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | ALEGENT HEALTH LAKESIDE / 16940 LAKESIDE HILLS PLZ<br>OMAHA, NE 68130-0 | None | | Not Filed |
| 002 | BRINKS HOME SECURITY, INC / 8880 ESTERS BLVD<br>IRVING, TX 75063 | None | | Not Filed |
| 003 | C AND C ENTERPRISES INC / 19027 GROVER STREET<br>OMAHA, NE 68130 | None | | Not Filed |
| 004 | BACK BOWL I LLC / C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVE STE 400 / SEATTLE, WA 98121 | 480.75 | | Unsecured |
| 005 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 696.21 | | Unsecured |
| 006 | CHRIS CAMP / 12726 NEBRASKA AVENUE<br>OMAHA, NE 68164 | None | | Not Filed |
| 007 | CHRISTOPHER SNERE / 19027 GROVER STREET<br>OMAHA, NE 68130 | None | | Not Filed |
| 008 | CITY OF OMAHA / 1819 FARNAM ST<br>OMAHA, NE 68183 | None | | Not Filed |
| 009 | DOUGLAS COUNTY TREASURER / OMAHA/DOUGLAS CIVIC CNTR<br>1819 FARNAM ST #909 / OMAHA, NE 68183 | None | 14.0000% | Not Filed |
| 010 | BACK BOWL I LLC / C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVE STE 400 / SEATTLE, WA 98121 | 749.47 | | Unsecured |
| 011 | BACK BOWL I LLC / C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVE STE 400 / SEATTLE, WA 98121 | 717.71 | | Unsecured |
| 012 | GE MONEY BANK / C/O B-LINE LLC<br>MS 550 PO BOX 91121 / SEATTLE, WA 98111-9221 | 566.93 | | Unsecured |
| 013 | HAWKINS ENTERPRISES INC / 14901 INDUSTRIAL ROAD<br>OMAHA, NE 68144 | None | | Not Filed |
| 014 | HENRY SPORTS BAR INC / 13502 Z STREET<br>OMAHA, NE 68137 | None | | Not Filed |
| 015 | JENNIFER TAYLOR, ATTY / 8712 W DODGE RD<br>STE 400 / OMAHA, NE 68114 | None | | Not Filed |

# United States Bankruptcy Court
For The
District of Nebraska

| IN RE: | | CASE No. 11-80350-TLS |
|---|---|---|
| VICKI ELIZABETH HAWKINS<br>10808 LARIMORE AVENUE<br>OMAHA, NE 68164 | | SS #1 XXX-XX-3635 |

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 016 | CHASE BANK USA / C/O CREDITORS BANKRUPTCY<br>PO BOX 740933 / DALLAS, TX 75374 | 2,078.43 | | Unsecured |
| 017 | KOZENY & MCCUBBIN, LC / 12400 OLIVE BLVD #555<br>ST LOUIS, MO 63141 | None | | Not Filed |
| 018 | MARKING REFRIGERATION INC / 4760 SOUTH 134TH STREET<br>OMAHA, NE 68137 | None | | Not Filed |
| 019 | METHODIST PHYSICIANS CLINIC / PO BOX 3755<br>OMAHA, NE 68103 | 33.28 | | Unsecured |
| 020 | NEBRASKA DEPT OF REVENUE / PO BOX 94818<br>LINCOLN, NE 68509-4818 | None | | Not Filed |
| 021 | NEBRASKA FURNITURE MART / PO BOX 3000<br>OMAHA, NE 68103 | 1,806.49 | | Secured |
| 021 | NEBRASKA FURNITURE MART / PO BOX 3000<br>OMAHA, NE 68103 | 653.61 | | Unsecured |
| 022 | NEBRASKA ORTHOPAEDIC / HOSPITAL<br>2808 S 143RD ST / OMAHA, NE 68144-0 | None | | Not Filed |
| 023 | PJ MORGAN REAL ESTATE / 7801 WAKELEY PLZ<br>OMAHA, NE 68114-0 | None | 5.2500% | Not Filed |
| 024 | RICHARD GRACE ET AL / 4652 WHITE CLOUD DRIVE<br>OMAHA, NE 68157 | None | | Not Filed |
| 025 | SOUTHWEST NATIONAL BANK / ATTN KARL R SWARTZ<br>300 N MEAD, STE 200 / WICHITA, KS 67202 | None | 6.0000% | Secured |
| 026 | TARGET NATIONAL BANK / C/O WEINSTEIN & RILEY<br>2001 WESTERN AVE STE 400 / SEATTLE, WA 98121 | 1,189.40 | | Unsecured |
| 027 | UNMC PHYSICIANS / 988095 NEBRASKA MED CENTER<br>OMAHA, NE 68198-8095 | None | | Not Filed |
| 028 | VELMA NICHOLS / 10808 LARIMORE AVENUE<br>OMAHA, NE 68164 | None | | Not Filed |
| 029 | WELLS FARGO CARD SVCS / RECOVERY DEPT<br>PO BOX 9210 / DES MOINES, IA 50306 | 874.58 | | Unsecured |

# United States Bankruptcy Court
For The
District of Nebraska

**IN RE:**  
VICKI ELIZABETH HAWKINS  
10808 LARIMORE AVENUE  
OMAHA, NE 68164

CASE No. 11-80350-TLS  
SS #1 XXX-XX-3635

## NOTICE CONCERNING CLAIMS

Pursuant to Nebraska Rule of Bankruptcy 3007-1(C)(1), the trustee has reviewed the proofs of claim filed in this case and the claims should be deemed allowed, or "not filed" as indicated below.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 030 | WELLS FARGO BANK / ATTN BK DEPT/MAC X7801-013<br>3476 STATEVIEW BLVD / FORT MILL, SC 29715 | 116,842.32 | | DirectPay |
| 031 | WELLS FARGO BANK / ATTN BK DEPT/MAC X7801-013<br>3476 STATEVIEW BLVD / FORT MILL, SC 29715 | None<br>5.2500% | | Secured |
| 032 | WORLD FINANCIAL NETWORK NTL BANK / QUANTUM3 GROUP LLC<br>PO BOX 788 / KIRKLAND, WA 98083-0788 | 554.05 | | Unsecured |
| 033 | BACK BOWL I LLC / C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVE STE 400 / SEATTLE, WA 98121 | 504.94 | | Unsecured |
| 034 | PORTFOLIO RECOVERY ASSOCIATES / PO BOX 41067<br>NORFOLK, VA 23541 | 4,738.77 | | Unsecured |
| 035 | ESCALANTE HILLS OWNERS ASSOC INC / C/O LAPUZZA LAW PC LLO<br>275 NORTH 115TH STREET / OMAHA, NE 68154 | 2,338.50 | | Secured |

Interest is paid on secured claims only if the plan provides for it. Unless otherwise provided, interest is paid only from confirmation and at the rate specified in the plan. If the plan provides for interest, the rate is noted below the principal amount of the claim. Oversecured creditors claiming pre-confirmation interest must insure that the plan specifically provides for payment of it.

BRUCE C BARNHART  
12100 W CENTER RD STE 519  
OMAHA, NE 68144

| | |
|---|---|
| Claims Paid Through Plan | 17,983.12 |
| Claims Paid Direct | 116,842.32 |
| Total For This Case | 134,825.44 |
| | 3,300.00    Debtor's Attorney |

## NOTICE CONCERNING CLAIMS

At ___OMAHA    NE___ on ___08/24/2011___

Pursuant to 11 U.S.C. 502 (a) and Nebraska Rule of Bankruptcy Procedure 3007-1(C)(1), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor(s) or other party in interest.

Within thirty (30) days from the date of this notice, debtor(s) shall examine the proofs of claim and file a timely written objection to any claim which may be improper. The absence of a written objection will be deemed an approval by the debtor(s) of the claims as recited above.

The Trustee hereby certifies that a true and correct copy of the Trustee's Notice Concerning Claims was served on the debtor's attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed by first class, U.S. Mail, postage prepaid to the Debtor(s) at the address listed above.

Kathleen A. Laughlin  
Chapter 13 Trustee